IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV66-W

| | | |
|---|---|---|
| THE ATTIC TENT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JERRY L. COPELAND, | ) | |
| PROGRESSIVE ENERGY | ) | |
| SOLUTIONS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on "Defendants' [Pro Se] Motion To Reclassify Attorney Eyes Only Documents to Confidential" filed July 12, 2007 (document #138), which is hereby **GRANTED IN PART**, that is, as attorney-in-fact for *himself*, Jerry L. Copeland shall be allowed to view any documents which have been classified in the past (or are classified in this case in the future) as "Attorney Eyes Only."

However, for the reasons stated in "Plaintiff's Response..." filed July 16, 2007 (document #142)–namely, the legal proscription against corporations appearing *pro se*–the Defendant's Motion is **STRICKEN** insofar as it was filed by Mr. Copeland in behalf of the *corporate* Defendant.

Except as provided above, the restrictions on use of the subject documents remain in full force and effect.

The Clerk is directed to send a copy of this Order, and all filings in the future in this case to:

    Jerry L. Copeland
    Progressive Energy Solutions, Inc.
    6428 Wilkinson Blvd., Suite 204
    Belmont, NC 28012

**SO ORDERED.**

Signed: July 16, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge